**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

No. 2:20-cv-03431-MCA-LDW

KUWAIT INVESTMENT AUTHORITY and KUWAIT INVESTMENT OFFICE,

                    Plaintiffs,

vs.

PERRIGO COMPANY PLC, JOSEPH C. PAPA, AND JUDY L. BROWN,

                    Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Kuwait Investment Authority and Kuwait Investment Office (collectively, "Plaintiffs"), and Defendants Perrigo Company plc, Joseph C. Papa, and Judy L. Brown (collectively, the "Defendants," and together with Plaintiffs, the "Parties") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, the Parties have reached an agreement to settle Plaintiffs' claims against Defendants in this action;

NOW, THEREFORE, it is hereby stipulated that Plaintiffs' claims against Defendants in this action are dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), and each Party shall bear its own costs and attorneys' fees.

Dated: December 30, 2024

**SEEGER WEISS, LLP**

By: *s/ Jennifer Scullion*
Jennifer Scullion

**GREENBAUM, ROWE, SMITH & DAVIS LLP**

By: *s/ Alan S. Naar*
Alan S. Naar
99 Wood Avenue South

55 Challenger Road
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700
Fax: (212) 584-0799
jscullion@seegerweiss.com

*Liaison Counsel for Plaintiffs Kuwait Investment Authority and Kuwait Investment Office*

**KESSLER TOPAZ
 MELTZER & CHECK, LLP**
Matthew L. Mustokoff
Joshua A. Materese
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Fax: (610) 667-7056
mmustokoff@ktmc.com
jmaterese@ktmc.com

*Counsel for Plaintiffs Kuwait Investment Authority and Kuwait Investment Office*

Iselin, NJ 08830
(732) 549-5600
Fax: 732-549-1881
Email: anaar@greenbaumlaw.com

**FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP**
James D. Wareham
James E. Anklam
801 17th Street, NW
Washington, DC 20006
Telephone: (202) 639-7000
james.wareham@friedfrank.com
james.anklam@friedfrank.com

Samuel P. Groner
One New York Plaza
New York, New York 10004
(212) 859-8000
samuel.groner@friedfrank.com

*Counsel for Defendant Perrigo Company plc*

**GIBSON, DUNN & CRUTCHER LLP**

By: *s/ Marshall R. King*
Marshall R. King
Reed Brodsky
David F. Crowley-Buck
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
mking@gibsondunn.com
rbrodsky@gibsondunn.com
dcrowleybuck@gibsondunn.com

*Counsel for Defendant Joseph C. Papa*

**KUBLANOVSKY LAW LLC**

By: *s/ Eugene D. Kublanovsky*
Eugene D. Kublanovsky
26 Park Street, Suite 2178
Montclair, New Jersey 07042
Tel: (212) 729-4707
eugene@edklaw.com

**KAPLAN RICE LLP**
Howard J. Kaplan
142 West 57th Street, Suite 4A
New York, NY 10019
Telephone: (212) 235-0300
hkaplan@kaplanrice.com

*Counsel for Defendant Judy L. Brown*

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  1/2/25